# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:15-cv-145

| | |
|---|---|
| DEANDRE HOBBY and DENNIS MURILLO, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>JOHN ROBERTS and BIG M TRANSPORTATION, INC., )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER** is before the Court on Brandon Neuman's Application for Admission to Practice *Pro Hac Vice* of Ryan Harris. It appearing that Ryan Harris is a member in good standing with the California State Bar and will be appearing with Brandon Neuman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Brandon Neuman's Application for Admission to Practice Pro Hac Vice (#6) of Ryan Harris is **GRANTED**, and that

Ryan Harris is ADMITTED to practice, *pro hac vice*, before the Bar of this court

while associated with Brandon Neuman.

Signed: July 22, 2015

Dennis L. Howell
United States Magistrate Judge